BEFORE THE FIRST DIVISION, FEBRUARY 18, 1969

**No. P69/49.**—The Nissho American Corp. *v.* United States, protest 67/52027 (New York).

MALETZ, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of pistol grips solely or chiefly used with specific model motion picture cameras and following the principles in *J. E. Bernard & Co., Inc.* v. *United States* (57 Cust. Ct. 143, C.D. 2744), the claim of the plaintiff was sustained.

**No. P69/50.**—Riviera Trading Corp. *v.* United States, protest 67/45318 (New York).

MALETZ, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of hair ornaments similar in all material respects to those the subject of *United States* v. *Brier Manufacturing Company* (52 CCPA 35, C.A.D. 854), except that the instant merchandise is in chief value of cellulose acetate, the claim of the plaintiff was sustained.

**No. P69/51.**—Kelvin & Hughes America Corp. *v.* United States, protest 67/86106 (Baltimore).

MALETZ, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of parts of nonoptical electrical measuring or checking instruments used primarily for locating fish similar in all material respects to those the subject of *Kelvin & Hughes America Corp.* v. *United States* (53 Cust. Ct. 21, C.D. 2468), the claim of the plaintiff was sustained.